# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2017

155687

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MARSHA ANNE SPRINGER,
        Defendant-Appellant.

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
*Justices*

SC: 155687
COA: 335522
St. Joseph CC: 09-015639-FC

_____/

On order of the Court, the application for leave to appeal the March 9, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

BERNSTEIN, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2017



p1017

Clerk